UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CHRISTOPHER HARDER,

               Case No. 16-cv-10312

    Plaintiff,          Honorable Thomas L. Ludington

v.

COUNTY OF HURON, et al.,

    Defendants.

_____/

**ORDER GRANTING DEFENDANT'S MOTION TO FILE EXHIBITS
IN THE TRADITIONAL MANNER**

    Plaintiff Christopher Harder initiated the above-captioned matter by filing his complaint

on January 29, 2016. *See* Compl., ECF No. 1. Alleging that Defendants falsely arrested and

prosecuted him for assaulting a woman with a gun, Plaintiff Harder claims that Defendants

violated his Fourth and Eighth Amendment rights pursuant to § 1983 and committed the torts of

false arrest and malicious prosecution. Plaintiff also asserts claims pursuant to *Monell v.*

*Department of Social Services of New York,* 436 U.S. 658 (1978) against Defendants County of

Huron and City of Elkton. *Id.*

    On January 26, 2017 Defendants County of Huron, Deputy Britt and Todd Schember

filed a motion for leave to file exhibits to their forthcoming motion for summary judgment in the

traditional manner pursuant to Local Rule 5.1(d)(1) and the Court's ECF Policy and Procedures

R18(c). *See* ECF No. 25. Defendants argue that the exhibits consist of dispatch audio and in-car

audio/videos from Deputy Britt and Officer Csanyi. Defendants' motion will be granted.

    Accordingly, it is **ORDERED** that Defendants' motion to file exhibits in the traditional

manner, ECF No. 25, is **GRANTED.** Defendants are **DIRECTED** to file Exhibits 7, 9, and 10

to their motion for summary judgment in the **TRADITIONAL MANNER** in accordance with

the procedure set forth in ECF Policy and Procedure R18(c).

Dated: January 30, 2017                              s/Thomas L. Ludington
                                                     THOMAS L. LUDINGTON
                                                       United States District Judge

---

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on January 30, 2017.

                                     s/Michael. A. Sian
                                     MICHAEL A. SIAN, Case Manager